AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
SEP 17 2012
J. T. NOBLIN, CLERK
BY_____ DEPUTY

United States of America
v.
ASHLEY KEEL

Case No. 1:12mj534

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **April 2012 through August 10, 2012** in the county of **Harrison** in the **Southern** District of **Mississippi**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 656 | Theft, Embezzlement, or Misapplication by Bank Employee |

This criminal complaint is based on these facts:

On August 10, 2012, Hancock Bank vault teller Ashley Keel abruptly left the Cedar Lake Branch of Hancock Bank in Biloxi, Mississippi, where she was employed, after being questioned about discrepancies in her vault totals. Hancock Bank subsequently performed an audit of the Cedar Lake Branch vault and discovered a vault shortage of $80,980.00. All of the missing funds were in the care, custody and control of Keel in her capacity as vault teller. Hancock Bank is a financial institution whose deposits are insured by the Federal Deposit Insurance Corporation. The Federal Bureau of Investigation was contacted, and agents located Keel and interviewed her. Keel admitted to stealing the money from the vault beginning in April 2012 and continuing through August 10, 2012, blaming her theft on her addiction to Oxycodone. Keel stated she had no idea how much money she had stolen, but she knew it was a large amount.

☐ Continued on the attached sheet.

_____
Complainant's signature

Matthew Campbell, Special Agent, FBI
Printed name and title

Sworn to before me and signed in my presence.

Date: SEPT. 17, 2012

_____
Judge's signature

City and state: Gulfport, Mississippi

Robert H. Walker, United States Magistrate Judge
Printed name and title